**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASMINE TAYLOR, | ) | |
| on behalf of herself and a class, | ) | |
| | ) | 13-cv-2886 |
| Plaintiff, | ) | |
| | ) | Judge John J. Tharp, Jr. |
| vs. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| SCREENING REPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**INITIAL STATUS REPORT**

Pursuant to this Court's case management procedures, the parties, through their counsel Tara L. Goodwin for plaintiff and Joseph Shaw Messer for defendant conferred, and, in accordance with that meeting, hereby present the following initial status report.

**1.    The Nature of the Case.**

   **A.    Attorneys of Record.**

   For plaintiff:

   Daniel A. Edelman (Lead Trial Attorney)
   Cathleen M. Combs
   James O. Latturner
   Tara L. Goodwin
   Rupali R. Shah
   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
   120 S. LaSalle Street, 18th Floor
   Chicago, IL 60603
   (312) 739-4200
   (312) 419-0379 (FAX)

   For defendant Screening Reports, Inc.:

   Joseph Shaw Messer
   Nicole M. Strickler
   Messer & Stilp Ltd
   166 West Washington, Ste 300
   Chicago, IL 60602

   **B.**  **Nature of the Claims:** Plaintiff has brought a class action against Screening Reports, Inc. Under Count I (FCRA), plaintiff alleges that Screening Reports, Inc. willfully or negligently failed to follow reasonable procedures to ensure the maximum possible accuracy of the credit reports it provided regarding plaintiff and others. There are currently no counterclaims.

   **C.**  **Major Legal and Factual Issues:** The major legal issues include: whether Screening Reports, Inc. violated the Fair Credit Reporting Act, 15 U.S.C. §1681e.

   The major factual issues include: (a) whether there was inaccurate information contained in the plaintiff's report, and if so, whether the inaccuracy was due to Screening Reports, Inc.'s failure to follow reasonable procedures to ensure maximum accuracy; (b) whether the plaintiff suffered damages; (c) Screening Reports, Inc.'s normal practices and procedures for preparing reports on individuals; (d) the ascertainability of the putative classes; (e) identity of the classes; (f) numerosity/size of the putative classes; (g) whether there are questions of law and fact common to the classes; (h) whether the claims or defenses of the parties are typical of the claims or defenses of the classes; (i) whether the named plaintiff will fairly and adequately protect the interests of the classes; and (j) appropriate damages for both the named plaintiff and the putative classes.

   **D.**  **Relief Sought by Plaintiff:** Plaintiff is seeking a judgment in favor of plaintiff and the class members for actual damages, punitive damages, statutory damages, attorney's fees, litigation expenses and costs of suit, and such other or further relief as the Court deems proper.

**2.**  **Jurisdiction**

   **A.**  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1337 and 15 U.S.C. §1681p (Fair Credit Reporting Act).

**3.**  **Status of Service**

   All parties have been served.

**4.**  **Consent to Proceed Before a Magistrate Judge**

   The parties unanimously consent to proceed before the Magistrate Judge.

**5.**  **Motions**

   **A.**  Pursuant to Court Order of May 9, 2013, plaintiff's Amended Motion for Class Certification has been taken under advisement and will be discussed further at the initial status hearing.

   **B.**  Screening Reports, Inc. intends to respond to the complaint by filing a motion to dismiss.

**6.      Status of Settlement Discussions.**

  **A.** Screening Reports, Inc. has offered to discuss settlement on an individual non-class basis. Plaintiff is not willing to discuss settlement on such basis at this time.

  **B.** The parties do not request a settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| s/Tara L. Goodwin | s/ Joseph Shaw Messer |
| Daniel A. Edelman | Joseph Shaw Messer |
| Tara L. Goodwin | Nicole M. Strickler |
| Rupali R. Shah | Messer & Stilp Ltd |
| EDELMAN, COMBS, LATTURNER | 166 West Washington, Ste 300 |
|  & GOODWIN, LLC | Chicago, IL 60602 |
| 120 S. LaSalle St., Suite 1800 | *Counsel for Defendant* |
| Chicago, IL 60603 | |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |
| *Counsel for Plaintiff* | |

3