# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JASMINE TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13-cv-2886 |
| vs. | ) | Honorable Judge John J. Tharp, Jr. |
| | ) | |
| SCREENING REPORTS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Jasmine Taylor ("Plaintiff"), by counsel, and Defendant Screening Reports, Inc.,

("Defendant") by counsel, hereby stipulate and agree that Plaintiff's cause against Defendant

should be dismissed without prejudice as to the claims of the putative class members, and with

prejudice as to Plaintiff's claims, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date:  11/19/15

/s/ Tara L. Goodwin
Tara L. Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL  60603
Telephone:  (312) 739-4200
Fax:  (312) 419-0379
E-Mail:  tgoodwin@edcombs.com

*Counsel for Jasmine Taylor*

Date:  11/19/15                                    /s/ Joseph Shaw Messer
                                                   Joseph Shaw Messer
                                                   Messer & Stilp Ltd
                                                   166 West Washington, Ste 300
                                                   Chicago, IL 60602
                                                   messer@messerstilp.com

                                                   *Counsel for Screening Reports, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of November, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing:

> Joseph Shaw Messer
> Messer & Stilp Ltd
> 166 West Washington, Ste 300
> Chicago, IL 60602
> messer@messerstilp.com

> s/ Tara L. Goodwin
> Tara L. Goodwin

Daniel A. Edelman,
Cathleen M. Combs,
James O. Latturner,
Tara L. Goodwin,
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379